United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 4, 2007**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 06-30698

GILBERT M. GOLDMAN, JR.

Plaintiff - Appellant

VERSUS

HALLIBURTON ENERGY SERVICES, INC.

Defendant - Appellee

Appeal from the United States District Court
For the Eastern District of Louisiana, New Orleans
CV-05-1835-SSV-ALC

Before KING, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

After carefully reviewing the record and considering the briefs of the parties, we are satisfied that the district court correctly granted defendant's motion for summary judgment and dismissed plaintiff's suit. Essentially for the reasons stated in the district court's careful order of June 5, 2006, we affirm the

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

judgment of the district court.

AFFIRMED.